Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____  RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours __6__ minutes

DATE: _____ START TIME: _____ END TIME: _____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

_____

vs                                                   Plaintiff's Counsel

_____

                                                     Defendant's Counsel

**COURTROOM MINUTES- CIVIL**

☐ Motion hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing
  Telephone Status Conference

☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____