UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GISC INSURANCE AGENCY, INC.   ) | |
|     Plaintiff,   ) | |
| ) | CIVIL ACTION NO.: |
| v.   ) | 3:12-CV-01728-VLB |
| ) | |
| RICHARD H. PERRYMAN   ) | |
|     Defendant.   ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**
**PURSUANT TO FED. R. CIV. P. 55**

The plaintiff, GISC Insurance Agency, Inc., pursuant to Fed. R. Civ. P. 55 requests the Clerk enter a default as to the defendant, Richard H. Perryman pursuant to Fed. R. Civ. P. 55. As grounds for this motion, the plaintiff states that the defendant has failed to file an answer to the Complaint (Docket No. 1).  The plaintiff moved to dismiss the complaint (Docket No. 12) on February 3, 2014, but the Court denied that motion on August 14, 2014 (Docket No. 18.)  To date, the defendant has not filed an answer.

For these reasons, the defendant should be defaulted according to Fed. R. Civ. P. 55.

                    Respectfully submitted,
                    GISC INSURANCE AGENCY, INC.
                    By its attorney,


                    /s/ Christopher A. Callanan
                    _____
                    Christopher A. Callanan (No. 23484)
                    Stevenson McKenna & Callanan LLP
                    21 Merchants Row, Fifth Floor
                    Boston, MA 02109
                    (617) 330-7575

2

CERTIFICATE OF SERVICE

I certify that a copy of the above document was served by the ECF system on October 3, 2014 to the following parties:

Richard H. Perryman
43 Bucks Xing
Tolland, CT
rperryman44@gmail.com

/s/ Christopher A. Callanan
_____
Christopher A. Callanan